# UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

**CURTIS L. COLLIER**  UNITED STATES COURTHOUSE
UNITED STATES DISTRICT JUDGE  900 Georgia Avenue, Room 317
Chattanooga, TN 37402
Telephone (423) 752-5287

September 21, 2010

Ms. Carol Field
Office of the Clerk
United States Court of Appeals
503 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

      Re:    Excess Fee Request, Other Services
             *USA v. Jenny Holcomb*, 1:09-CR-178

Dear Ms. Field:

     Enclosed is a memorandum and a copy of the motion for excess fee regarding the above case where the requested fee exceeds the statutory maximum. The investigator is seeking an additional $2,000.00 for a total amount not to exceed $3,600.00.

                               Sincerely,

                               /s/

                               Sheila Hendrix
                               Judicial Assistant

Enclosures