# MEMORANDUM

**TO**:  Honorable John M. Rogers
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

**FROM**:  U.S. District Judge Curtis L. Collier

**SUBJECT**:  Advance Authorization for Investigative, Expert or Other Services

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation**:  USA v. Jenny Darlene Holcomb - Case No. 1:09-cr-178

**Name of Expert or Investigator**:  Trey Aycock

**Address**: 1010 Market Street, Suite 206, Chattanooga, TN 37402

**Type of Expert**:  Investigative Services; Counsel states in motion for authorization for additional investigative services [Doc. 175] that additional investigative services are needed to adequately prepare for sentencing in this case.

**Reason for Application**: On February 11, 2010, the Court approved expenses up to $1,600 under 18 U.S.C. § 3006 (A)(e)(3) [Doc. 71]. The reason for the application is set out in the attached Motion for Authorization of Additional Investigative Services and attached affidavit [Doc. 175]. Counsel for defendant has set out that further investigative services will require an additional cost of $2,000.00 for a total approved amount of approximately $3,600.00.

**Estimated Compensation**.  $3,600.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $2,000.00.

_/s/ Curtis L. Collier_
U.S. District Judge Curtis L. Collier                 Date

_/s/ John Rogers_                                             OCT 0 4 2010
Honorable John M. Rogers                              Date
U.S. Court of Appeals